IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICAH RAY ALLEN, ID #1816390, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-4863-O |
| OFFICER BURNETT, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation, all claims, except the plaintiff's excessive force claims against the officers in their individual capacities, are dismissed. The Court will enter a separate judgment formally dismissing all claims against the Garland Police Department.

**SO ORDERED** on this **17th day** of **May, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE